No. 821. HOPKINS, COLLECTOR, *v.* BACON. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Thacher* for petitioner. No appearance for respondent.

No. 823. BENDER, COLLECTOR, *v.* PFAFF. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Thacher* for petitioner. No appearance for respondent.

No. 792. ADAM *v.* NEW YORK TRUST Co., TRUSTEE. May 26, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Michael Adam, pro se.* No appearance for respondent.

No. 754. DIRECTOR OF THE LANDS OF THE PHILIPPINE ISLANDS *v.* VILLA-ABRILLE ET AL. May 26, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands granted. *Messrs. William Cattron Rigby, A. R. Stallings,* and *Edward A. Kreger* for petitioner. No appearance for respondents.

No. 822. UNITED STATES *v.* MUNSON S. S. LINE. May 26, 1930. Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Attorney General Mitchell, Assistant to the Attorney General O'Brian* and *Messrs. Claude R. Branch* and *Charles H. Weston* for the United States. *Messrs. Frank Lyon, Irving L. Evans,* and *W. Calvin Chesnut* for respondent.